# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner　　　　　　　　　　　　　　　　　　　　　　Chase S. Ruddy, Esq., Senior Associate
Edward V. Sapone, Esq., Partner

<div style="display:flex;justify-content:space-between">

MANHATTAN
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

LONG ISLAND
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

</div>

*BY ECF*

June 28, 2019

Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　　　　Re:　　*United States v. George Gonzalez*
　　　　　　　　　　　　　　<u>Docket No.: 17-CR-051</u>

Dear Judge Mauskopf:

　　　I am retained counsel to Defendant George Gonzalez. Mr. Gonzalez's case is scheduled for sentencing on Monday, July 1, 2019 at 3:30 p.m.

　　　As the Court is aware from my June 17, 2019 letter, the victim in this case, Jenny Gonzalez, wrote a letter in support of Mr. Gonzalez and expressing her disagreement with the government's sentencing recommendation of 10 years imprisonment. Ms. Gonzalez will be in court on Monday, and with the Court's permission, is prepared to provide important testimony as it relates to the circumstances of the offense, just punishment and Mr. Gonzalez's history and characteristics. *See* 18 USC §3553(a).

　　　Additionally, Mr. Gonzalez's adult daughters will be present in court, and his eldest two daughters, Keishla and Kimberley Gonzalez, are prepared, with the Court's permission, to provide additional testimony regarding the circumstances of the offense and Mr. Gonzalez's history and characteristics including his mental health diagnoses and his mental state before and during the commission of the instant offense. *See* 18 USC §3553(a).

　　　We look forward to addressing the Court on Monday.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*<u>/S/ Edward V. Sapone</u>*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward V. Sapone

cc: A.U.S.A. Artie McConnell