CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | GONZALEZ, GEORGE DAVIS |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY/RA |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4.a. GRADE, RATE OR RANK | PFC |
| 4.b. PAY GRADE | E3 |
| 5. DATE OF BIRTH (YYMMDD) | [redacted] |
| 6. RESERVE OBLIG. TERM. DATE | Year 00 Month 00 Day 00 |
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | SAN JUAN, PUERTO RICO |
| 7.b. HOME OF RECORD AT TIME OF ENTRY | HC02 BOX 11910, CAPA MOCA, PUERTO RICO 00716 |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | BTRY A 1ST BN 7TH FA FORSCOM FC |
| 8.b. STATION WHERE SEPARATED | FORT DRUM, NY |
| 9. COMMAND TO WHICH TRANSFERRED | NA |
| 10. SGLI COVERAGE | Amount: $50,000 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

13B10 CANNON CREWMEMBER 01 YRS AND 00 MOS//NOTHING FOLLOWS

### 12. RECORD OF SERVICE

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 89 | 06 | 14 |
| b. Separation Date This Period | 90 | 06 | 15 |
| c. Net Active Service This Period | 01 | 00 | 02 |
| d. Total Prior Active Service | 04 | 00 | 00 |
| e. Total Prior Inactive Service | 02 | 00 | 01 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 89 | 09 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMY ACHIEVEMENT MEDAL (1OLC)//NCO PROFESSIONAL DEVELOPMENT RIBBON//ARMY GOOD CONDUCT MEDAL//EXPERT BADGES(RIFLE & HAND GRENADE)//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
NA

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: 16.5

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: No (XX)

18. REMARKS
NA

I certify that this is a true copy of original document
DAVID JONES
SGT, NYARNG
Records custodian

19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code)
2008 HERMANY AVENUE
BRONX, NY 10473

19.b. NEAREST RELATIVE (Name and address - include Zip Code)
OLGA GONZALEZ, 2008 HERMANY AVENUE, BRONX, NY 10473

20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS: Yes (X)
21. SIGNATURE OF MEMBER BEING SEPARATED
22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)
JOHN P. STEVES, 2LT, AG, CHIEF, PPB

DD Form 214, NOV 88 — Previous editions are obsolete. — MEMBER-1

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | |
|---|---|
| 23. TYPE OF SEPARATION | DISCHARGE |
| 24. CHARACTER OF SERVICE (Include upgrades) | UNDER HONORABLE CONDITIONS (GENERAL) |
| 25. SEPARATION AUTHORITY | AR 635-200, CHAPTER 13 |
| 26. SEPARATION CODE | JHJ |
| 27. REENTRY CODE | RE-3 |
| 28. NARRATIVE REASON FOR SEPARATION | UNSATISFACTORY PERFORMANCE |
| 29. DATES OF TIME LOST DURING THIS PERIOD | NONE |
| 30. MEMBER REQUESTS COPY 4 | Initial |

DD Form 214, NOV 88 — Previous editions are obsolete. — MEMBER -